**No. 09-10835. Andrew Cejas, Petitioner v. Lou Blanas, et al.**

562 U.S. 853, 131 S. Ct. 113, 178 L. Ed. 2d 69, 2010 U.S. LEXIS 6055.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 366 Fed. Appx. 763.